# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Yonelys Casas Ruiz,

          Petitioner,

v.

Luis Rosa, Jr.,

          Respondent.

No. CV-26-01458-PHX-SHR (ASB)

**ORDER**

Petitioner challenged his present immigration detention, arguing his detention violates his due process rights, *Zadvydas v. Davis*, 533 U.S. 678 (2001), and his order of supervision was revoked improperly. (Doc. 1.) The Court directed Respondent to answer the Petition. (Doc. 4.) Respondent's response states,

> Undersigned counsel is unable to ascertain sufficient facts at this time to establish that Petitioner's supervised release was revoked according to the procedures established by law. Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 8.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his due process claim. Accordingly,

**IT IS ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his due process claim. The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondent must immediately release Petitioner

from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondent must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 27th day of March, 2026.

Honorable Scott H. Rash
United States District Judge